No. 92–6068. BUNDY v. VAUGHN, SUPERINTENDENT, PENN-SYLVANIA STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6069. STEVE R. v. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–6070. SHEARD v. D'ALESSIO ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6071. WHITAKER v. LARSEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6072. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6076. GYORE v. O'CONNELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6081. MALONE v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 92–6086. BUTLER v. LOFTON, SUPERINTENDENT, SAMPSON CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6087. BRAYTON v. CONTRIBUTORY RETIREMENT AP-PEAL BOARD ET AL. App. Ct. Mass. Certiorari denied.

No. 92–6088. VERDUGO v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–6090. KOYOMEJIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6094. BOBO v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 92–6098. VAN NOTE v. RAFFERTY, DEPUTY DIRECTOR, DI-VISION OF ADULT INSTITUTIONS, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.